United States District Court
Southern District of Texas
FILED

MAY - 4 2019

David J. Bradley, Clerk

# United States District Court
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Salvador Eduardo Gonzalez-Ledezma   *Principal*
YOB:   1999   Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:
M-19-1030-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 2, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jose Melvin Miranda-Menjivar, a citizen and national of Honduras and Elias Lopez-Moreno, a citizen and national of Mexico, along with six (6) other undocumented aliens, for a total of eight (8), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; a residence located in Progreso, Texas.**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(iii)__   FELONY
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On May 2, 2019, Border Patrol Agents received information from a concerned citizen that witnessed multiple subjects get into a green van in Progreso, Texas. An Agent responded and observed a green van leaving an apartment complex near the reported location.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:*

/S/ Gerardo Montalvo
Signature of Complainant

Gerardo Montalvo   Senior Border Patrol Agent
Printed Name of Complainant

May 4, 2019   3:15 p.m.
Date

at   McAllen, Texas
City and State

Peter E. Ormsby   , U. S. Magistrate Judge
Name and Title of Judicial Officer

Pete E Ormsby
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-19-1030-M

RE:   Salvador Eduardo Gonzalez-Ledezma

### CONTINUATION:

The Agent approached the van and noticed it had temporary license plates on top of the actual plates. The Agent then ran a registration check and found out that the temporary license plates were registered to another vehicle. The Agent then conducted a vehicle stop and identified the driver as Salvador Eduardo Gonzalez-Ledezma, a Mexican citizen illegally present in the United States.

Upon questioning, Gonzalez admitted to dropping off multiple subjects inside his apartment. Agents then asked Gonzalez for consent to enter his apartment, to which he agreed. Agents entered the apartment and encountered eight subjects, all whom admitted to be illegally present in the United States. All subjects were placed under arrest and transported to the Border Patrol Station for processing.

### PRINCIPAL STATEMENT:
Salvador Eduardo Gonzalez-Ledezma was advised of his Miranda Rights and agreed to provide a sworn statement without an attorney.

Gonzalez stated that a subject offered him a job to pick up illegal aliens for a pay of $45 (USD) per alien, to which he agreed. Gonzalez stated he drove near the river to pick up several illegal aliens. Gonzalez stated he transported eight illegal aliens to his apartment.

### MATERIAL WITNESSES STATEMENTS:
Jose Melvin Miranda-Menjivar and Elias Lopez-Moreno were read their Miranda Rights and agreed to provide a sworn statement without an attorney.

Miranda, a citizen of Honduras, stated his friend made his smuggling arrangements. Miranda was going to be charged $5,000 (USD) to be smuggled in the United States. Miranda stated that two foot-guides assisted him and seven others to cross into the United States on a raft. Miranda stated the foot-guides then instructed the group to walk straight until they saw a green van, which was the vehicle that was going to pick them up. Miranda stated that he walked until he saw the green van and heard the driver tell them to get inside the van. Miranda stated that he was then taken to a house and the driver instructed them to run inside the house.

Miranda identified Salvador Eduardo Gonzalez-Ledezma, through an official photo-line up, as the male driver.

Lopez, a citizen of Mexico, stated his cousin made his smuggling arrangements and was supposed to pay an undisclosed amount of money once he arrived to Houston. Lopez stated that a foot-guide assisted him to cross into the United States. Lopez stated that the foot-guide instructed him to walk and climb a wall and that a vehicle was going to be waiting for them. Lopez stated that a van showed up and the driver instructed them to get into the van and hide. Lopez stated that they were then taken to a house and the driver instructed them to go inside the house and wait.

Lopez identified Salvador Eduardo Gonzalez-Ledezma, through an official photo-line up, as the male driver.